UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
WHITAKER, JAMES, JR.                           Case No. 08-51457 MBM
WHITAKER, PAMELA                               Chapter 7
                                               HON. Marci B. McIvor

REID, PAMELA
                Debtor(s).                    /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Green, Willie Sr. and Dorothy Green<br>c\o Robert L. Hindelang, P.C., (313) 886-4450,18430 Mack Ave.<br>Grosse Pointe Farms, MI 48236 | 19 | $25.94 |
|  | **TOTAL** | **$25.94** |

Dated: January 5, 2011        /s/ George P. Dakmak
                              George P. Dakmak, Trustee
                              615 Griswold, Suite 600
                              Detroit, MI 48226
                              (313) 964-0800
                              e-mail: gpd.trustee@gdakmak.com